

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 18-30139-NJR |
| Plaintiff, ) | |
| ) | Title 18, |
| vs. ) | United States Code, |
| ) | Sections 2252A(a)(2)(B), 2252A(b) |
| MARK A. BRUEGGEMANN, ) | |
| Defendant ) | |

FILED

AUG 2 2 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### RECEIPT OF CHILD PORNOGRAPHY

On or about February 15, 2017, in Monroe County, Illinois, within the Southern District of Illinois,

**MARK A. BRUEGGEMANN,**

defendant herein, did knowingly receive any material that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), specifically a digital recording with file name "(opva)(2012) bibigon cut 1&2.wmv" that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(2)(B) and (b).

#### FORFEITURE ALLEGATION

Upon conviction for the offense charged, defendant shall forfeit to the United States, pursuant to Title 18, United States Code 2253, any and all material that contained any images of

1

child pornography and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the aforementioned offenses.

The property that is subject to forfeiture referred to above includes, but is not limited to, the following:

    Various thumb drives
    Sabrent EC-UK25 SATA/SSD External HDD
    Sony Memory Stick Pro Duo 2 GB, S/N: MSX-M2GS 1622LIL
    SanDisk Cruzer Switch 4 GB thumb drive, S/N: SDCZ52-004G
    Cannon SDC-16M 16GB SD card
    Toshiba Satellite C655D-S5202 laptop computer, S/N: 5B179951Q
    Acer Aspire 3680 laptop computer, S/N: LXAZLOY08372102A082500
    Dell Inspiron 2200 laptop computer, S/N: HWDRB71
    Samsung Galaxy Note 2, 16 GB, Model: SGH-1317, IMEI: 354846051946935
    Palm, Model: P101UNA, S/N: P7CGD09EA402R
    AT&T red HTC cell phone, S/N: HT18HT206842
    Samsung White Tablet w/Moko white case, S/N: R52GB212JNV
    Purple file folder containing 58 photos of child pornography
    Dell Inspiron 15 laptop computer, Service Tag: 74DLB32, S/N: 15502170206
    Samsung Galaxy Note 5, Model: SMN920A, IMEI: 353876071427609
    Compaq Presario SR5210NX Desktop computer, S/N: CNX7331HG3

_____
LAURA REPPERT
Assistant United States Attorney

_____
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: $10,000 unsecured bond

2