IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 18-CR-30139-NJR |
| | ) |
| MARK BRUEGGEMANN, | ) |
| | ) **FILED EX PARTE** |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S**
**_EX PARTE_ MOTION TO REVOKE BOND**

The United States of America, by Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Christopher R. Hoell, Assistant United States Attorney, moves for an order revoking Defendant's bond and remanding him to the custody of the United States Marshal pending a disposition in this case, and in support thereof states as follows:

1. On August 22, 2018, a federal grand jury indicted Defendant Mark Brueggemann for one count of Receipt of Child Pornography. (Doc. 1).

2. On August 24, 2018, Defendant self-surrendered to the U.S. Marshal Service and made his initial appearance before the Honorable Stephen C. Williams, Magistrate Judge. Judge Williams released Defendant on bond and ordered that he abide by multiple conditions of pretrial supervision. (Doc. 8).

3. These conditions included, among others, that Defendant be placed on location monitoring and that he allow the U.S. Probation Office to have access to any personal computer or electronic device capable of accessing the internet or email. The pretrial conditions also allowed the Probation Office to monitor and conduct regular searches of Defendant's computer and electronic devices via the installation of cyber-monitoring programs.

4.     On August 30, 2018, Defendant reported to the Probation Office with his personal computer, an HP Compaq 6200 Pro, so that the software monitoring equipment could be installed on it.

5.     Prior to installing the cyber-monitoring program on Defendant's computer, Probation Officer Richard Wactor ran a scan program to search for illegal names and items that would be flagged by the monitoring software. The scan program located 232 images and one video depicting child pornography as well as websites and search terms related to child pornography on Defendant's computer hard drive.

6.     Based upon this information, Special Agent Chris Williams with the United States Secret Service applied for a search warrant for Defendant's HP Compaq 6200 Pro. On September 5, 2018, the Honorable Donald G. Wilkerson, U.S. Magistrate Judge, issued a search warrant for Defendant's HP Compaq computer. The computer was transferred from the custody of the Probation Office to the U.S. Secret Service.

7.     Special Federal Officer ("SFO") Michael Lybarger, a certified computer forensic examiner, performed a forensic examination of the hard drive of Defendant's HP Compaq computer.

8.     SFO Lybarger's forensic examination revealed that there were 243 thumbnail images of child pornography present on the computer with the most recent download date being in 2015. The examination also revealed that at 11:46 PM on August 22, 2018 (the same date that **BRUEGGEMANN** was indicted), a large number of identifiable USB drives were connected to the Compaq 6200 computer.

9. Defendant's probation officer, Brenda Tate, provided information that since August 24, 2018, Defendant had moved out of the family home and was residing with his mother in Freeburg Illinois.

10. On September 20, 2018, Judge Wilkerson issued a search warrant for Defendant's mother's house in Freeburg Illinois. The search warrant allowed, but was not limited to the seizure of external storage devices, including the specific flash drives that were connected to Defendant's Compaq 6200 computer on the evening of August 22, 2018.

11. On September 26, 2018, agents with the Secret Service executed the search warrant on Defendant's mother's house in Freeburg, Illinois. They made contact with Defendant's mother who indicated that she lived there alone prior to Defendant moving in. Defendant's mother also showed agents where Defendant was sleeping in the basement.

12. Agents discovered a bedroll of blankets on the floor of the basement near a dresser with a TV on it. Various moving boxes were also nearby. In a plastic tote container near the TV, agents discovered a Seagate computer hard drive, two flash drives, and several DVDs and CDs. Agents did not locate the specific flash drives that were connected to Defendant's Compaq 6200 computer on August 22, 2018.

13. SFO Lybarger conducted a forensic examination of the items seized from Defendant's mother's home. All of the items contained exclusively adult pornography, child pornography, clothed images of minor females, and photographs of clothed children that appeared to have been taken on a beach.

14. Specifically, on the Seagate hard drive, SFO Lybarger discovered images of child pornography in both unallocated and deleted space. So, some of the images had been deleted and some had not. There were also multiple images and videos on the devices that depicted females of

an indeterminate age engaging in sex acts. Without identifying the females in the images and videos, it was impossible to determine if they constituted child pornography. None of the child pornography images was accessed during the time period that Defendant was on pretrial bond.

15. Defendant has violated the conditions of his bond by committing multiple new federal offenses of Possession of Child Pornography (18 U.S.C. 2252A). Defendant turned in a computer to Probation that had multiple images of child pornography on it. Defendant also brought with him to his mother's house a hard drive that contained child pornography and multiple flash drives and CDs/DVDs containing images and videos of possible child pornography.

WHEREFORE, based on the above, the United States of America moves for the issuance of an arrest warrant and for the temporary detention of Defendant to permit revocation of Defendant's conditional release, pursuant to Title 18, United States Code, Section 3148(b).

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*s/Christopher R. Hoell*
CHRISTOPHER R. HOELL
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 628-3730
E-mail:  Christopher.Hoell@usdoj.gov