IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No.   18-cr-30139-NJR-1 |
| | ) |
| MARK A. BRUEGGEMANN, | ) |
| | ) |
| Defendant. | ) |

## ORDER FOR DETENTION

**WILLIAMS, Magistrate Judge:**

On October 25, 2018 Defendant Mark A. Brueggemann appeared with counsel for a hearing on the government's Motion to Revoke Bond pursuant to **18 U.S.C. § 3148(b).**  Defendant was granted bond on August 24, 2018.   The Final Pretrial Conference is currently set for January 8, 2019. The government alleged that Defendant violated conditions of his bond by knowingly possessing child pornography while on release.   After hearing proffers and argument from both parties, the Court found that probable cause exists to believe that Defendant has committed a Federal, State, or local crime while on release, pursuant to **18 U.S.C. § 3148(b)(1)(A)**.   The Court further found that Defendant is unlikely to abide by any condition or combination of conditions of release. **§ 3148(b)(2)(B).**  Defendant's bond is therefore revoked and Defendant is ordered **DETAINED** pending his trial in this matter.

Pursuant to **18 U.S.C. § 3142(i)(2)-(4),** the Court directs that:

1. The Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

2. The Defendant be afforded reasonable opportunity for private consultation with

      counsel; and

3.    That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.
DATED: October 25, 2018

                                             */s/ Stephen C. Williams*
                                             STEPHEN C. WILLIAMS
                                             United States Magistrate Judge