UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

☐ Benton            ☒ **East St. Louis**

☐ Initial Appearance  ☐ Arraignment  ☒ **Change of Plea**  ☐ Plea to Information

| | |
|---|---|
| **CRIMINAL NO. :** 18-cr-30139-NJR-01 | **DATE:** December 10, 2018 |
| **U.S.A. vs. MARK A. BRUEGGEMAN** | **JUDGE:** Nancy J. Rosenstengel |
| ☒ Present  ☒ Custody  ☐ Bond | **DEPUTY:** Deana Brinkley |
| **DEFT. COUNSEL:** Joel Schwartz | **REPORTER:** Rebecca Lucas (Keefe Rptg) |
| ☒ Present  ☐ Apptd.  ☒ Retained  ☐ Waived | |
| **GOVT. COUNSEL:** Laura Reppert | **TIME:** 9:30 AM – 9:50 AM |

☒   Defendant sworn.
☒   The Court finds that the Defendant is capable of entering plea.
☒   Defendant waives reading of Indictment     ☐ Indictment read to defendant
☒   Defendant advised of constitutional rights.
☒   Defendant advised of charges and penalties.
☒   Defendant withdraws plea of **NOT GUILTY** as to Count  1 of the INDICTMENT.
☒   Plea:  ☒ **GUILTY** as to Count  1 of the INDICTMENT
        ☐ Not Guilty as to Count(s)
        ☐ Nolo Contendere as to Count(s)
        ☐ Guilty of Lesser Offense as to Count(s)

☐   Plea Agreement   ☐ Oral   ☐ Written        ☒ Open Plea
☒   Court accepts plea of guilty.
☒   Matter referred to U.S. Probation for pre-sentence investigation and report.
☒   Order for Presentence Procedure to be issued and filed.
☒   Sentencing is set for **Wednesday, March 27, 2019 at 10:30 a.m.** before U.S. District Judge Nancy J. Rosenstengel in East St. Louis, IL.
☐   Bond previously entered to remain in full force and effect.
☐   Defendant advised on penalties for failure to appear.
☒   Defendant remanded to the custody of USMS.