IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
DEC 10 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 18-CR-30139-NJR |
| vs. ) | |
| ) | |
| MARK A. BRUEGGEMANN, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Laura V. Reppert, Assistant United States Attorney for said District, and enters into the following Stipulation of Facts with Defendant:

1. From June of 2016 through April of 2017, the National Center for Missing and Exploited Children generated twelve separate CyberTip reports indicating that an individual in the Waterloo, Illinois area had uploaded or attempted to upload an image of child pornography to a website, ChatStep.

2. Through administrative subpoenas to Harrisonville Telephone Company, the IP addresses indicated in each of the CyberTip reports were determined to be associated with an account held by Defendant at an address in Waterloo, Illinois.

3. Law enforcement obtained a search warrant for that address in Waterloo, and it was executed on May 31, 2017. A number of digital devices were seized to include a laptop and a desktop computer.

4. During the execution of the search warrant, agents asked Defendant where his cell phone was. He indicated that he had inadvertently left it in his office located in Collinsville,

Illinois. When agents searched a home office containing sports memorabilia within the residence, they located a Galaxy Note 5 cell phone behind a trophy on a bookshelf. Agents also located a file folder with over fifty printed images of child pornography within that room.

5. Lt. Michael Lybarger, who is a task force officer with the United States Secret Service Cybercrime Task Force, conducted a forensic review of the numerous devices seized belonging to Defendant. He located a number of files depicting child pornography, including a file "(opva)(2012) bibigon cut 1&2.wmv" which shows a prepubescent female child performing oral sex on an adult male. Lt. Lybarger located information from his forensic review indicating that file had been downloaded from the internet on or about February 15, 2017.

6. The file of child pornography received by Defendant referenced above was transported in a manner affecting interstate or foreign commerce.

7. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty plea and is not necessarily an exhaustive account of the relevant conduct.

8. All relevant events occurred within the Southern District of Illinois.

**SO STIPULATED**

STEVEN D. WEINHOEFT
United States Attorney

_____
MARK A. BRUEGGEMANN
Defendant

_____
LAURA V. REPPERT
Assistant United States Attorney

_____
JOEL J. SCHWARTZ
Attorney for Defendant

Date: 12/10/18

Date: 12/10/18