IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )  No. 18-CR-30139-NJR<br>  v.  )<br>  )<br>  )<br> MARK A. BRUEGGEMANN,  )<br>  )<br>   Defendant.  )<br>  ) | |

## MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE WITH RESPECT TO CERTAIN PROPERTY OF MARK A. BRUEGGEMANN

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Laura V. Reppert, Assistant United States Attorney for said District, and moves, pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, for the entry of a Preliminary Order of Forfeiture against the following property possessed by Defendant, Mark A. Brueggemann:

    A Samsung Galaxy Note 2, 16 GB, Model: SGH-1317, IMEI: 354846051946935
    A Samsung Galaxy Note 5, Model: SMN920A, IMEI: 353876071427609
    Dell Inspiron 15 laptop computer, Serial Number 15502170206
    Compaq Presario Desktop, Serial Number CNX7331HG3
    File folder containing images of child pornography

A proposed Order of Forfeiture is submitted herewith.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*s/Laura V. Reppert*
LAURA V. REPPERT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
Tel: (618) 628-3700
Fax:  (618) 628-3730
E-mail: Laura.Reppert@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )   No. 18-CR-30139-NJR |
| v. | ) |
| | ) |
| | ) |
| MARK A. BRUEGGEMANN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**Certificate of Service**

I hereby certify that on May 30, 2019, I caused to be electronically filed **Motion for Preliminary Order of Forfeiture** with the Clerk of Court using the CM/ECF system, which will send notification to all registered participants:

Joel Schwartz

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*s/Laura V. Reppert*
LAURA V. REPPERT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
Tel: (618) 628-3700
Fax:  (618) 628-3730
E-mail: Laura.Reppert@usdoj.gov

3