UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | Case No.   3:18CR30139-NJR |
| ) | |
| v. ) | |
| ) | |
| Mark A. Brueggemann, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ====================================) | |
| Athene Annuity and Life Co., ) | |
| ) | |
| Garnishee. ) | |

**APPLICATION FOR WRIT OF GARNISHMENT**

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, Mark A. Brueggemann, social security number \*\*\*-\*\*-0327, whose last known address is: "Address Redacted", Forrest City AR, in the above cited action in the amount of $5,100.00, and post-judgment interest at the rate of 0%. The sum of $0.00 has been credited to the judgment debt, leaving a total balance due of $5,100.00, as of August 9, 2019.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from August 9, 2019, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

>Athene Annuity and Life Co.
>7700 Mills Civic Parkway
>West Des Moines, IA 50266-3862

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney


s/ *Adam E. Hanna*
ADAM E. HANNA
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208
(618) 628-3700